IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELINA INGHINGLO,<br><br>    Plaintiff,<br>v.<br><br>UDL LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS, INC.; MYLAN PHARMACEUTICALS, INC.; and MYLAN, INC. F/K/A MYLAN LABORATORIES, INC.<br><br>    Defendants. | 11-CV-00145-JG-ALC |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action and all causes of action asserted herein shall be dismissed, without prejudice, and without costs, disbursements or fees to any party.

Dated: August 3, 2011

NAPOLI BERN RIPKA & ASSOCIATES, LLP

By: _____
Christopher R. LoPalo (CL-6466)
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
(212) 267-3700

LAW OFFICES OF ROBERT L. SALIM

By: _____
Robert L. Salim
P. Ann Trantham
1901 Texas Street
Natchitoches, LA 71457
(319) 352-5999

Attorneys for Plaintiff Angelina Inghinglo

ALSTON & BIRD LLP

By: _____
Karl Geercken (KG 5897)
90 Park Avenue
New York, NY 10016
(212) 210-9400

JACKSON KELLY PLLC

By: _____
Adam S. Ennis (AE 9468)
Three Gateway Center
401 Liberty Avenue – Suite 1340
Pittsburgh, PA 15222

Attorneys for Defendants UDL Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., Mylan Pharmaceuticals, Inc. and Mylan Inc. f/k/a Mylan Laboratories Inc.

32780169