# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

**Karl Geercken**          **Direct Dial: 212-210-9471**          **E-mail: karl.geercken@alston.com**

August 3, 2011

*By ECF*

The Honorable Judge John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 727 S
Brooklyn, NY 11201

Re:     *Angelina Inghinglo v. UDL Laboratories, et al.* – Case No. 1:11-cv-
        00145-JG –ALC

Dear Judge Gleeson:

On behalf of all parties to this action, I am enclosing a fully agreed and executed Stipulation of Dismissal of this case which we have just electronically filed.  All of the parties appreciate the time and attention the Court has devoted to this matter.

If the Court is in need of any further information with regard to the foregoing, we remain at the Court's disposal.

Respectfully submitted,

Karl Geercken

KG:mc
Encl.
cc:     Christopher R. Lopalo, Esq.
        Robert L. Salim, Esq.
        Ann Trantham, Esq.
        Adam S. Ennis, Esq.

| One Atlantic Center | Bank of America Plaza | 3201 Beechleaf Court, Suite 600 | The Atlantic Building | Brienner Strasse 11/ V |
|---|---|---|---|---|
| 1201 West Peachtree Street | 101 South Tryon Street, Suite 4000 | Raleigh, NC 27604-1062 | 950 F Street, NW | 80333 Munich |
| Atlanta, GA 30309-3424 | Charlotte, NC 28280-4000 | 919-862-2200 | Washington, DC 20004-1404 | (49) (89) 238-0-70 |
| 404-881-7000 | 704-444-1000 | Fax: 919-862-2260 | 202-756-3300 | Fax: (49) (89) 238-0-7110 |
| Fax: 404-881-7777 | Fax: 704-444-1111 | | Fax: 202-756-3333 | (Representative Office) |